UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TONY L. RAST, *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:10-CV-52 |
| | ) | (VARLAN/GUYTON) |
| CITY OF PIGEON FORGE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER**

For the reasons set forth in the memorandum opinion filed contemporaneously herewith, the Court **DENIES** plaintiffs' Motion for Voluntary Dismissal [Doc. 23] and **GRANTS IN PART** and **DENIES IN PART** plaintiffs' Amended Motion for Voluntary Dismissal [Doc. 25]. This case is **DISMISSED WITH PREJUDICE**. Defendant's Motion for Summary Judgment [Doc. 16] is **DENIED AS MOOT**. The Clerk of the Court is **DIRECTED** to close this case.

ORDER ACCORDINGLY.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE